IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SCOTT REYNOLDS, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2351 |
| | : | |
| v. | : | |
| | : | |
| CORPORAL RICHARD W. ASTON, Lower Providence Police Dept., OFFICER CHARLES J. MURRAY, Lower Providence Police Dept., OFFICER ROBERT HEIM, Lower Providence Police Dept., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of September, 2018, after considering the motion to dismiss filed by the defendants, Corporal Richard W. Aston, Officer Charles J. Murray, and Officer Robert Heim (Doc. No. 12), and the complaint filed by the *pro se* plaintiff, William Scott Reynolds, Jr. (Doc. No. 2); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to dismiss (Doc. No. 12) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion to dismiss, insofar as the defendants contend that the court should dismiss the plaintiff's claims under 42 U.S.C. § 1983, is **GRANTED** and the section 1983 claims are **DISMISSED WITHOUT PREJUDICE**; and

    b. The motion to dismiss, insofar as the defendants contend that the court should dismiss the plaintiff's defamation claim against Corporal Richard W. Aston, is **DENIED**.

2. The court declines to exercise supplemental jurisdiction over the plaintiff's state-law defamation claim and, therefore, this claim is **DISMISSED WITHOUT PREJUDICE**; and

3. The clerk of court shall mark this action as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.